**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7619**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TROY R. SAUNDERS,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, District Judge.  (CR-97-344)

---

Submitted:  February 6, 2003      Decided:  February 12, 2003

---

Before WILKINS, MICHAEL, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Troy R. Saunders, Appellant Pro Se.  William Neil Hammerstrom, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Troy R. Saunders appeals the district court's order denying his motion to compel specific performance and granting the Government's motion to withdraw a previously filed motion for sentence reduction under Fed. R. Crim. P. 35(b). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Saunders, No. CR-97-344 (E.D. Va. filed Oct. 7, 2002 & entered Oct. 8, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED